**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

SERENITY POINT RECOVERY, INC., A
FOREVER RECOVERY, BEHAVIORAL
REHABILITATION SERVICES, BEST DRUG
REHABILITATION,

Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

Defendant.
_____/

Case No. 1:19-cv-00620
Hon. Janet T. Neff

**ORAL ARGUMENT REQUESTED**

NAPOLI SHKOLNIK PLLC
By: Matthew McGill Lavin (1046340)
1750 Tysons Blvd., Ste. 1500
McLean, VA 22102
(212) 397-1000
MLavin@Napolilaw.com

Attorney for Plaintiffs
_____/

BODMAN PLC
By: Rebecca D'Arcy O'Reilly (P70645)
6th Floor at Ford Field
1901 Saint Antoine Street
Detroit, Michigan 48226
(313) 259-7777
roreilly@bodmanlaw.com

SIDLEY AUSTIN LLP
By: Tacy F. Flint
Kathleen L. Carlson
Elizabeth Y. Austin
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
tflint@sidley.com
kathleen.carlson@sidley.com
laustin@sidley.com

Attorneys for Defendant

**BLUE CROSS BLUE SHIELD OF MICHIGAN'S**
**MOTION TO DISMISS FOR LACK OF STANDING PURSUANT TO FEDERAL**
**RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Pursuant to the Court's Order dated January 13, 2020 (Dkt. 21), Defendant Blue Cross

Blue Shield of Michigan ("BCBSM") moves under Federal Rules of Civil Procedure 12(b)(1)

and 12(b)(6) to dismiss the Complaint (Dkt. 1) for Plaintiffs' lack of ERISA standing. BCBSM respectfully requests that the Court grant this Motion for the reasons set forth in the accompanying brief.

BCBSM satisfied Local Rule 7.1(d) before filing this Motion by submitting a Request for Pre-Motion Conference (Dkt. 8) and participating in a Pre-Motion Conference held before the Court on November 15, 2019 (Dkt. 16).

Dated: February 24, 2020

Respectfully submitted,

/s/   *Rebecca D'Arcy O'Reilly*
Rebecca D'Arcy O'Reilly (P70645)
BODMAN PLC
6th Floor at Ford Field
1901 Saint Antoine Street
Detroit, Michigan 48226
(313) 259-7777

Tacy F. Flint
Kathleen L. Carlson
Elizabeth Y. Austin
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
tflint@sidley.com
kathleen.carlson@sidley.com
laustin@sidley.com

*Attorneys for Defendant*