UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

SERENITY POINT RECOVERY, INC., A
FOREVER RECOVERY, BEHAVIORAL
REHABILITATION SERVICES, BEST DRUG
REHABILITATION,

      Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

      Defendant.
_____/

Case No. 1:19-cv-00620
Hon. Janet T. Neff

| | |
|---|---|
| NAPOLI SHKOLNIK PLLC<br>By: Matthew M. Lavin (1046340)<br>1750 Tysons Blvd., Ste. 1500<br>McLean, VA 22102<br>(212) 397-1000<br>MLavin@Napolilaw.com | BODMAN PLC<br>By: Rebecca D'Arcy O'Reilly (P70645)<br>6th Floor at Ford Field<br>1901 Saint Antoine Street<br>Detroit, Michigan 48226<br>(313) 259-7777<br>roreilly@bodmanlaw.com |
| JULIE W. ALLISON, PA<br>Julie W. Allison<br>Anelia P. Shaheed<br>4601 Sheridan St., Ste. 213<br>Hollywood, FL 33021<br>julie@allisonlaw.net<br>anelia@allisonlaw.net | SIDLEY AUSTIN LLP<br>By: Tacy F. Flint<br>Kathleen L. Carlson<br>Elizabeth Y. Austin<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>tflint@sidley.com<br>kathleen.carlson@sidley.com<br>laustin@sidley.com |
| SLOT LAW GROUP, PLLC<br>Philip B. Slot (P72960)<br>77 Monroe Center NW, Ste. 700<br>Grand Rapids, MI 49503<br>pslot@slotlaw.com | Attorneys for Defendant |
| Attorneys for Plaintiffs | |

_____/

**FILING RELATED TO JOINT STATEMENT OF MATERIAL FACTS**

Pursuant to the Court's Orders dated January 13, 2020 (Dkt. 21) and April 13, 2020 (Dkt. 28), the Parties have conferred regarding the requested Joint Statement of Material Facts, which the Court directed the parties to file "if feasible." Section IV(A)(2)(a) of the Court's Information and Guidelines for Civil Practice requires that a Joint Statement of Material Facts set forth "in numbered paragraphs, separate, short and concise statements of the material facts that are not in dispute." However, Blue Cross Blue Shield Of Michigan's Motion To Dismiss For Lack Of Standing Pursuant To Federal Rules Of Civil Procedure 12(b)(1) and 12(b)(6) addresses threshold legal issues, and discovery has not yet begun in this case. Accordingly, in light of the procedural posture of the case, it is not feasible for the Parties to stipulate to material facts not in dispute at this time.

Dated: May 26, 2020                                            Respectfully submitted,

/s/   Rebecca D'Arcy O'Reilly
Rebecca D'Arcy O'Reilly (P70645)
BODMAN PLC
6th Floor at Ford Field
1901 Saint Antoine Street
Detroit, Michigan 48226
(313) 259-7777

Tacy F. Flint
Kathleen L. Carlson
Elizabeth Y. Austin
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
tflint@sidley.com
kathleen.carlson@sidley.com
laustin@sidley.com

*Attorneys for Defendant*