**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

SERENITY POINT RECOVERY, INC., A
FOREVER RECOVERY, BEHAVIORAL
REHABILITATION SERVICES, BEST DRUG
REHABILITATION,

    Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

    Defendant.
_____/

Case No. 1:19-cv-00620
Hon. Janet T. Neff

NAPOLI SHKOLNIK PLLC
By: Matthew McGill Lavin (1046340)
1750 Tysons Blvd., Ste. 1500
McLean, VA 22102
(212) 397-1000
MLavin@Napolilaw.com

Attorney for Plaintiffs
_____/

BODMAN PLC
By: Rebecca D'Arcy O'Reilly (P70645)
6th Floor at Ford Field
1901 Saint Antoine Street
Detroit, Michigan 48226
(313) 259-7777
roreilly@bodmanlaw.com

SIDLEY AUSTIN LLP
By: Tacy F. Flint
Kathleen L. Carlson
Elizabeth Y. Austin
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
tflint@sidley.com
kathleen.carlson@sidley.com
laustin@sidley.com

Attorneys for Defendant

1

## CONSENT ORDER GRANTING WITHDRAWAL OF ATTORNEY

Pursuant to the Federal Rules of Civil Procedure, Notice is hereby given that, subject to approval by the Court, Plaintiffs, SERENITY POINT RECOVERY, INC., A FOREVER RECOVERY, INC., BEHAVIORAL REHABILITATION SERVICES, INC., AND BEST DRUG REHABILITATION, INC. ("Plaintiffs") consents to the withdrawal of the appearance attorney Phillip B. Slot (P72960) in connection with the above-referenced matter.   As Plaintiffs remain represented by multiple other attorneys who have filed separate appearances in this matter, a substitution of counsel is not required.

I Consent to the above withdrawal.

Date: 8/12/2020

Serenity Point Recovery, Inc.
By: Per A. Wickstrom

Date: 8/12/2020

A Forever Recovery, Inc.
By: Per A. Wickstrom

Date: 8/12/2020

Behavioral Rehabilitation Services, Inc.
By: Per A. Wickstrom

Date: 8/12/2020

Best Drug Rehabilitation, Inc.
By: Per A. Wickstrom

**This withdrawal of attorney, Phillip B. Slot (P72960) from the above-captioned matter is hereby APPROVED and is so ORDERED.**

Date:  September 8, 2020          /s/ Janet T. Neff
                                  Honorable Janet T. Neff

2