## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

SERENITY POINT RECOVERY,
INC., A FOREVER RECOVERY,
BEHAVIORAL REHABILITATION
SERVICES, BEST DRUG
REHABILITATION,

Case No. 1:19cv00620
Hon. Janet T. Neff

      Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

      Defendant.

## STIPULATION AND ORDER EXTENDING DEADLINES AND ORDERING PARTIES TO MEDIATION

This matter having come before the Court upon the parties' stipulation for the Court's entry of an order for mediation and a stay of all deadlines until mediation is complete or until November 12, 2021, whichever shall occur first:

1. The Parties have agreed that it is in their interest to attempt to resolve this matter though mediation before any further costs are incurred;

2. To that end, the Parties have agreed to select a mediator and complete mediation in-person or virtually, as mutually agreed upon by the Parties, no later than November 12, 2021.

3. The Parties have further agreed that all deadlines should be extended and all proceedings and discovery in the case be stayed until after mediation to allow

the Parties to focus on mediation. This stay shall not extend beyond November 12, 2021.

The Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The Parties shall jointly and in good faith select a mediator and complete mediation no later than November 12, 2021;

2. The Parties shall mutually agree upon the location or virtual platform for the mediation;

3. The Parties shall report the results of mediation to the Court on the first business day following the completion of mediation;

4. All proceedings, discovery, and deadlines are stayed pending the completion of the mediation, which shall not extend beyond November 12, 2021;

5. The deadline to file a first responsive pleading to the Complaint and any compulsory counterclaim is extended until 21 days following the completion of mediation without a settlement or 21 days following November 12, 2021, whichever shall occur sooner;

6. The deadline for Defendant to file a motion for reconsideration of the Court's Order Denying Defendant's Motion to Dismiss (ECF No. 53) and/or a motion for certification of issues for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and any related motions to stay are extended until seven (7) business days

following the completion of mediation without a settlement or until November 12, 2021, whichever shall occur sooner.

7. No further action shall be required by the Court to lift the stay in the aforementioned paragraphs.

8. Should the Parties not achieve settlement by November 12, 2021, the Parties agree to conduct the mandatory Rule 26(f) conference within 21 days of November 12, 2021 or completion of mediation without a settlement, whichever shall occur sooner.

IT IS SO ORDERED.

_____
United States District Court Judge

Dated:_____

Stipulated to and approved by:

| /s/Matthew McGill Lavin *(w/consent)* | /s/  Rebecca D'Arcy O'Reilly |
|---|---|
| Matthew McGill Lavin (1046340) | Rebecca D'Arcy O'Reilly (P70645) |
| ARNALL GOLDEN GREGORY, LLP | BODMAN PLC |
| 1775 Pennsylvania Ave., NW | 6th Floor at Ford Field |
| Suite 1000 | 1901 Saint Antoine Street |
| Washington, DC 20006 | Detroit, Michigan 48226 |
| (202) 667-3040 | (313) 392-1050 |
| Matt.Lavin@agg.com | |

JULIE W. ALLISON, PA
By: Julie W. Allison
Anelia P. Shaheed
4601 Sheridan St., Suite 213
Hollywood, FL 33021
(305) 428-5050
Julie@allisonlaw.net
Anelia@allisonlaw.net

McSHANE & BOWIE, P.L.C.
By: James R. Bruinsma (P48531)
99 Monroe Ave., NW, Ste. 1100
Grand Rapids, MI 49503
(616) 732-5000
Jrb@msblaw.com
Attorneys for Plaintiffs

SIDLEY AUSTIN LLP
By: Tacy F. Flint
Kathleen L. Carlson
Elizabeth Y. Austin
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
tflint@sidley.com
kathleen.carlson@sidley.com
laustin@sidley.com
Attorneys for Defendant